JS-6

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE EMANUEL, | CASE NO.: CV11-09343-RGK-JEM |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL |
| vs. | |
| HUNT & HENRIQUES, a general partnership and MICHAEL SCOTT HUNT, individually and in his official capacity, | Hon. R. Gary Klausner |
| Defendants. | |

Pursuant to the notice and stipulation for dismissal, IT IS HEREBY ORDERED that the action of plaintiff GABRIELLE EMANUEL against defendants HUNT AND HENRIQUES and MICHAEL SCOTT HUNT be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: 08.23, 2012 By: _____

Honorable R. Gary Klausner
United States District Judge